### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, )))) | |
| *Plaintiffs,* ) | Case No. 25-cv-3529 |
| ) | |
| v. ) | Judge Manish S. Shah |
| ) | |
| COMMODORE CARTAGE COMPANY, ) a Michigan corporation, ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| *Defendants.* ) | |

### JOINT STATUS REPORT

Pursuant to the Court's July 24, 2025 order (Dkt. No. 16), the parties respectfully submit this joint status report regarding the progress of discovery and the prospects for settlement.

**I.     Discovery Progress**

1.    Plaintiffs served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on August 22, 2025.

2.    Defendant has not served its Rule 26(a)(1) disclosures.

3.    On September 29, 2025, Plaintiffs propounded the following written discovery to Defendant: Plaintiffs' First Set of Interrogatories; Plaintiffs' First Set of Requests for Production; and Plaintiffs' First Set of Requests for Admission.

4.    To date, Defendant has not propounded any discovery requests.

## II. Settlement Status

5. The parties have not engaged in any settlement discussions since the last report and do not request a settlement conference at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Cara M. Anthaney* | */s/ Todd A. Miller (with consent)* |
| Cara M. Anthaney | Todd A. Miller |
| Central States Law Department | Allocco, Miller & Cahill, PC |
| 8647 W. Higgins Road | 20 N. Wacker Drive, Suite 3517 |
| Chicago, Illinois 60631 | Chicago, Illinois 60606 |
| (847) 939-2367 | (312) 675-4325 |
| canthane@centralstatesfunds.org | tam@alloccomiller.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

October 30, 2025