**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Charles A. Whobrey, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:25−cv−03529
                                                      Honorable Manish S. Shah

Commodore Cartage Company
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 31, 2025:

    MINUTE entry before the Honorable Manish S. Shah: Discovery closes 1/23/26 and dispositive motions are due 4/24/26. By 1/26/26, the parties shall file a joint status report proposing a briefing schedule for dispositive motions. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.