# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, ) ) ) ) | |
| *Plaintiffs,* ) ) | Case No. 25-cv-3529 |
| v. ) ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, A Michigan corporation, ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant.* ) | |

**<u>AFFIDAVIT OF CARA M. ANTHANEY</u>**

STATE OF ILLINOIS )
                        ) SS
COUNTY OF COOK )

I, Cara M. Anthaney, being first duly sworn, depose and state the following:

1. I am an attorney for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, and Charles A. Whobrey, trustee, in this action. I have personal knowledge of the facts set forth herein, am competent to testify, and, if called to do so, would testify as set forth herein.

2. I served Plaintiffs' First Set of Requests for Admission on Defendant Commodore Cartage Company's ("Defendant") counsel, Todd Miller, on September 29, 2025. Specifically, on that date, I emailed that first set of requests to Defendant's counsel. That set of requests is attached hereto as Exhibit 1.

3. To date, I have not received from Defendant's counsel a written answer or objection to any of those requests.

4. Further, the parties in this matter have not stipulated or agreed to modify the 30-

day deadline for responding to requests to admit set forth in Federal Rule of Civil Procedure 36(a)(3).

5. On December 19, 2025, I emailed Defendant's counsel, Todd Miller, advising that Plaintiffs intended to proceed with a motion for summary judgment and requesting that he advise whether his client objected by December 23, 2025. To date, I received no response to that email.

**FURTHER AFFIANT SAYETH NOT.**

*Cara M. Anthaney*
Cara M. Anthaney

Subscribed and sworn to before me, a Notary Public, this 23rd day of December, 2025.

*Michelle Lynn Schaefer*
_____
Notary Public

Official Seal
Michelle Lynn Schaefer
Notary Public, State of Illinois
Commission No. 1020870
My Commission Expires November 14, 2029

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 25-cv-3529 |
| v. | ) ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, A Michigan corporation, | ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendants*. | ) | |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT**

Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Charles A. Whobrey, trustee, hereby submit the following Plaintiffs' First Set of Requests for Admission to Defendant to be answered within thirty (30) days pursuant to Rule 36 of the Federal Rules of Civil Procedure.

**DEFINITIONS**

For purposes of these Requests for Admission, the Definitions set forth in Plaintiffs' First Set of Interrogatories shall apply as though fully set forth herein.

**INSTRUCTIONS**

1. You have a continuing duty to supplement or correct any disclosure or response you provide to the Pension Fund's Discovery Requests.

2. To the extent that you lack information or knowledge to answer any of these requests for admission, you must also state that you have made a reasonable inquiry and that the information known or readily available to you is insufficient to enable you to admit or deny the request.

- 1 -

## **REQUESTS FOR ADMISSION**

1. Admit that the principal balance of Commodore Cartage Company's withdrawal liability to the Pension Fund is $1,260,423.93.

2. Admit that Commodore Cartage Company has not made any withdrawal liability payments since August 1, 2024.

                                          Respectfully submitted,

                                          */s/ Cara M. Anthaney*
                                          (ARDC #6304583)
                                          CENTRAL STATES FUNDS
                                          Law Department
                                          8647 W. Higgins Road, 8th Floor
                                          Chicago, Illinois 60631
                                          847-939-2367
                                          canthane@centralstatesfunds.org

September 29, 2025                          *ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

      I, Cara Anthaney, one of the attorneys for Plaintiffs, certify that on September 29, 2025, I caused the foregoing Plaintiffs' First Set of Requests for Admission to Defendant to be served on Defendant by email to:

Todd A. Miller
Allocco, Miller & Cahill, PC
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
tam@alloccomiller.com

                                                      */s/ Cara Anthaney*
                                                      Cara Anthaney
                                                      One of Central States' Attorneys