IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 25-cv-3529 |
| v. | ) ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, a Michigan corporation, | ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendants*. | ) | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's January 5, 2026 order (Dkt. No. 24), Plaintiffs submit this Status Report regarding a proposed briefing schedule for dispositive motions. Plaintiffs attempted to confer with Defendant's counsel regarding a joint proposed schedule but did not receive a response. Accordingly, Plaintiffs submit the following proposed briefing schedule to comply with the Court's Orde.

**I.  Briefing Schedule**

1) On December 30, 2025, Plaintiffs filed their Motion for Summary Judgment (Dkt. Nos. 19–21).

2) Plaintiffs propose the following briefing schedule:

   a) Defendant's response to Plaintiffs' Motion for Summary Judgment shall be due February 16, 2026, which is twenty-one (21) days from January 26, 2026.

   b) Plaintiffs' reply in support of their Motion for Summary Judgment shall be due March 9, 2026, which is twenty-one (21) days after Defendant's response is due.

Respectfully submitted,

*/s/ Cara M. Anthaney*
(ARDC #6304583)
CENTRAL STATES FUNDS

2

                                      Law Department
                                      8647 W. Higgins Road, 8th Floor
                                      Chicago, Illinois 60631
                                      847-939-2367
                                      canthane@centralstatesfunds.org

January 26, 2026                         *ATTORNEY FOR PLAINTIFFS*

2

FV: 499409088 / 25410028/ 08/22/2025