UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Charles A. Whobrey, et al.
　　　　　　　　　　　　　　　　Plaintiff,

v. 　　　　　　　　　　　　　　　　Case No.: 1:25−cv−03529
　　　　　　　　　　　　　　　　Honorable Manish S. Shah

Commodore Cartage Company
　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

　　　MINUTE entry before the Honorable Manish S. Shah: Defendant's response to the motion for summary judgment is due 2/16/26, and plaintiffs may reply by 3/9/26. The court will rule by cm/ecf. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.