IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee,<br><br>      *Plaintiffs,*<br><br>v.<br><br>COMMODORE CARTAGE COMPANY, a Michigan corporation,<br><br>      *Defendant.* | ) ) ) ) ) Case No. 25-cv-3529 ) ) Judge Manish S. Shah ) ) Magistrate Judge Gabriel A. Fuentes ) ) ) |

**NOTICE REGARDING DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

    Please accept this document as notice to the Court that Defendant Commodore Cartage Company does not intend to file a response in opposition to Plaintiffs' Motion for Summary Judgment.

Dated: February 16, 2026            Respectfully submitted,

                                              **COMMODORE CARTAGE COMPANY**

                                              By: /s/ Kathleen M. Cahill


Kathleen M. Cahill
Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
*Attorneys for the Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
TEL (312) 675-4325
FAX (312) 675-4326

## **CERTIFICATE OF SERVICE**

      I, Kathleen M. Cahill, an attorney, hereby certify that on February 16, 2026, I electronically filed the foregoing Notice with the clerk of Court using the CM/ECF system, which will send notification of such to the following:

>Cara M. Anthaney
>Central States Law Department
>8647 W. Higgins Road
>Chicago, Illinois 60631
>(847) 939-2367
>canthane@centralstatesfunds.org

                                      /s/  Kathleen M. Cahill

Kathleen M. Cahill
Todd Miller
ALLOCCO, MILLER & CAHILL, P.C.
*Attorneys for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
TEL (312) 675-4325
FAX (312) 675-4326