IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 25-cv-3529 |
| v. | ) ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, A Michigan corporation, | ) ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant.* | ) | |

**PLAINTIFFS' REPLY IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

NOW COME Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") and Charles A. Whobrey, trustee (collectively, "Central States"), and submit this Reply in support of their Motion for Summary Judgment.

On December 30, 2025, Central States filed their Motion for Summary Judgment, together with their supporting memorandum and Rule 56.1 statement. (Dkt. Nos. 19–21.) Under the Court-ordered briefing schedule, Defendant Commodore Cartage Company's ("Commodore") response to the Motion for Summary Judgment was due February 16, 2026. (Dkt. No. 26.) On February 16, 2026, Commodore filed a notice stating that it does not intend to file a response to Central States' Motion for Summary Judgment. (Dkt. No. 27.)

In light of Commodore's filing and its decision not to respond, Central State's Motion for Summary Judgment and supporting Rule 56.1 Statement stand unopposed, and the material facts set forth therein remain undisputed for purposes of Rule 56. Central States therefore requests that the Court enter judgment in its favor and against Commodore for the amounts sought in the Motion

pursuant to 29 U.S.C. § 1132(g)(2), made applicable pursuant to 29 U.S.C. §§ 1451(b) and 1145, including the withdrawal liability principal in the amount of $1,260,423.93, together with pre-judgment interest, liquidated damages in the amount of $252,084.79 (*i.e.*, 20% of the unpaid withdrawal liability), reasonable attorneys' fees and costs, and post-judgment interest at the rate provided for in the Pension Fund's Trust Agreement. Central States further requests leave to submit a supplemental affidavit updating the precise amounts of pre-judgment interest, attorneys' fees, and costs upon the Court's granting of the Motion for Summary Judgment as these amounts continue to accrue.

WHEREFORE, for the reasons set forth herein and in Central States's Motion for Summary Judgment and supporting memorandum, Central States requests that this Court enter summary judgment in its favor and against Defendant Commodore Cartage Company for the withdrawal liability principal of $1,260,423.93, together with pre-judgment interest, liquidated damages in the amount of $252,084.79, reasonable attorneys' fees and costs, and post-judgment interest at the rate provided in the Pension Fund's Trust Agreement. Upon entry of judgment, Central States will submit an affidavit to establish the precise amounts of pre-judgment interest, attorneys' fees and costs owed.

Respectfully submitted,

*/s/ Cara M. Anthaney*
(ARDC #6304583)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2367
canthane@centralstatesfunds.org

February 24, 2026                                          *ATTORNEY FOR PLAINTIFFS*