**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Charles A. Whobrey, et al.
                                            Plaintiff,

v.                                                                Case No.: 1:25−cv−03529
                                                                               Honorable Manish S. Shah

Commodore Cartage Company
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 6, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiffs' motion for summary judgment [19] is granted. Defendant did not oppose the motion. The facts asserted in plaintiff's Local Rule 56.1 statement are deemed admitted, and any arguments in opposition to summary judgment have been forfeited. There is no dispute that defendant ceased covered operations, resulting in a complete withdrawal from the pension fund. Nor is there any dispute that defendant failed to make withdrawal liability payments after July 1, 2024. ERISA, through the Multiemployer Pension Plan Amendments, imposes a withdrawal liability, the plan here sent the required notice and demand for payment, and all procedural steps for internal review or arbitration have been completed. Immediate payment can be imposed when an employer defaults in timely payments, and there is no dispute that defendant defaulted. Under 29 USC 1132(g)(2), plaintiffs are entitled to the unpaid withdrawal liability, interest, liquidated damages, reasonable attorney's fees and costs. Plaintiffs' motion establishes all requisites for judgment in its favor (in the amount of $1,260,423.93 for withdrawal liability). Other calculations, e.g., interest, remain. Plaintiff shall file its supplemental prove−up materials along with a proposed final judgment order (which should also be emailed in Microsoft Word format to proposed_order_shah@ilnd.uscourts.gov) by 3/23/26. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.