# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee,   ) ) ) ) | |
|        *Plaintiffs,*  ) | Case No. 25-cv-3529 |
|   ) | |
| v.  ) | Judge Manish S. Shah |
|   ) | |
| COMMODORE CARTAGE COMPANY, A Michigan corporation,  ) ) | Magistrate Judge Gabriel A. Fuentes |
|   ) | |
|        *Defendant.*  ) | |

## <u>AFFIDAVIT OF CARA M. ANTHANEY</u>

| | | |
|---|---|---|
| State of Illinois | ) | |
| | ) | SS |
| County of Cook | ) | |

I, Cara Anthaney, declare and state as follows:

1. I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund ("the Pension Fund"). I have personal knowledge with respect to the matters set forth below and would be competent to testify as to these facts if called as a witness in this matter.

2. I was admitted to the bar of the State of Illinois on May 11, 2011 and was admitted to practice in the United States District Court for the Northern District of Illinois in June 2015. I have worked for the Pension Fund since June of 2023.

3. Mr. George Hansen is a senior paralegal for the Pension Fund.

4. I believe that the reasonable hourly rate for the work I performed is $375.00. The amount of time I spent on this case is 14.3 hours. I believe that a reasonable rate for the work Mr. Hansen performed is $175.00 per hour. The amount of time Mr. Hansen spent on this case is 1.2 hours.

FV: 508424342 / 25410028 / 3/23/2026            -1-

5.     Copies of the billing records generated in this matter and reflecting the work performed, and the expenses incurred, are attached hereto as **Exhibit 1**.

6.     The Pension Fund has also incurred costs in connection with this litigation in the total amount of $505.00, consisting of a filing fee in the amount of $405.00 and service of summons fee of $100.00. (Ex. 1).

7.     I believe that the above rates are at or below the market rate charged for similar legal work and, therefore, are reasonable. I also believe that the amount of time spent by each individual on this case is reasonable.

8.     Using the rates above, the total legal fees incurred in this matter are $5,572.50.

9.     Similarly, it is my opinion that the costs listed were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NOT.**

Cara M. Anthaney

Subscribed and sworn to before me,
a Notary Public, this day of
March 23, 2026.

Notary Public

OFFICIAL SEAL
JILL DELIGHT GRUVER
Notary Public, State of Illinois
Commission No. 987019
My Commission Expires
February 13, 2028

FV: 508424342 / 25410028 / 3/23/2026     -2-

# EXHIBIT 1

**Central States Funds**
**8647 West Higgins Road**
**Chicago, Illinois 60631**

3/19/2026                                                                                                          Page # 1

Commodore Cartage Company IV 25410028
        25410028

_____

**Description of Services**

| Date | Staff | Description | Hours | Billing Rate | Amount |
|------|-------|-------------|-------|--------------|--------|
| 2/25/2025 | CARA ANTHANEY | Review file and intake documents, draft complaint | 1.00 | $375.00 | $375.00 |
| 3/25/2025 | CARA ANTHANEY | Review file, revise complaint, email client re: complaint | 0.20 | $375.00 | $75.00 |
| 4/2/2025 | CARA ANTHANEY | E-File complaint and other initiating documents | 0.20 | $375.00 | $75.00 |
| 4/3/2025 | GEORGE HANSEN | Review Cara M. Anthaney email. Search for new process server. | 0.30 | $175.00 | $52.50 |
| 4/4/2025 | GEORGE HANSEN | Email to ProServe forwarding letter and summons and complaint. | 0.30 | $175.00 | $52.50 |
| 4/24/2025 | GEORGE HANSEN | Emails re: new address to serve defendant. Notify process server. | 0.20 | $175.00 | $35.00 |
| 4/25/2025 | GEORGE HANSEN | Email with Cara M. Anthaney. Emails with Proserve. | 0.20 | $175.00 | $35.00 |
| 5/14/2025 | GEORGE HANSEN | Review email from Proserve re: failed attempts to serve Registered agent at home address. | 0.20 | $175.00 | $35.00 |
| 5/16/2025 | CARA ANTHANEY | Review notes from process server, email with George O. Hansen re: service of complaint | 0.50 | $375.00 | $187.50 |
| 5/23/2025 | CARA ANTHANEY | Exchange emails with Opposing Counsel re: waiver of service, file waiver of service. | 0.20 | $375.00 | $75.00 |
| 7/15/2025 | CARA ANTHANEY | Draft joint status report. | 0.30 | $375.00 | $112.50 |
| 7/23/2025 | CARA ANTHANEY | Revise status report per discussions with opposing counsel and file status report, email with opposing counsel re: same | 0.40 | $375.00 | $150.00 |

**Central States Funds**
**8647 West Higgins Road**
**Chicago, Illinois 60631**

3/19/2026

Page # 2

| Date | Staff | Description | | | |
|---|---|---|---|---|---|
| 8/8/2025 | CARA ANTHANEY | Draft Rule 26a disclosures | 0.80 | $375.00 | $300.00 |
| 8/19/2025 | CARA ANTHANEY | Serve Rule 26 Disclosures | 0.20 | $375.00 | $75.00 |
| 9/8/2025 | CARA ANTHANEY | Review file, phone call to opposing counsel re: their failure to serve rule 26a disclosures | 0.20 | $375.00 | $75.00 |
| 9/24/2025 | CARA ANTHANEY | Draft interrogatories, requests to admit and requests to produce | 2.10 | $375.00 | $787.50 |
| 9/29/2025 | CARA ANTHANEY | Finalize and serve, interrogatories, requests to admit and requests to produce | 0.40 | $375.00 | $150.00 |
| 10/28/2025 | CARA ANTHANEY | Draft status report, email with opposing counsel re: same | 0.40 | $375.00 | $150.00 |
| 11/4/2025 | CARA ANTHANEY | Draft motion for summary judgment, memorandum of law, statement of facts and Shepard affidavit | 4.70 | $375.00 | $1,762.50 |
| 12/19/2025 | CARA ANTHANEY | Revise Motion for Summary Judgment, email with opposing counsel re: potential objections to motion | 1.10 | $375.00 | $412.50 |
| 1/21/2026 | CARA ANTHANEY | Draft status report and email to opposing counsel to review | 0.40 | $375.00 | $150.00 |
| 1/26/2026 | CARA ANTHANEY | File status report | 0.10 | $375.00 | $37.50 |
| 2/18/2026 | CARA ANTHANEY | Draft reply in support of Motion for Summary Judgment. | 0.40 | $375.00 | $150.00 |
| 3/11/2026 | CARA ANTHANEY | Review order on Motion for Summary Judgment, prepare Motion for Prove Up Damages | 0.70 | $375.00 | $262.50 |
| | | **Subtotal:** | 15.50 | $ | 5,572.50 |

**Expenses**

| Date | Staff | Description | Quantity | | Amount |
|---|---|---|---|---|---|
| 5/27/2025 | | Proserve of Michigan - Invoice for $100.00 to service Summons and Complaint | 1.00 | | $100.00 |

**Central States Funds**

**8647 West Higgins Road**

**Chicago, Illinois 60631**

3/19/2026

Page # 3

| 4/2/2025 | Receipt for filing complaint - Tracking Id: AILNDC- 233291353 ($405.00) | 1.00 | $405.00 |
|---|---|---|---|
| | **Subotal:** | 2.00 | $ 505.00 |
| | **Total:** | | $ 6,077.50 |