## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND; )
and CHARLES A. WHOBREY, as Trustee, )
                          )
                *Plaintiffs,* )   Case No. 25-cv-3529
                          )
      v.                  )   Judge Manish S. Shah
                          )
COMMODORE CARTAGE COMPANY, )   Magistrate Judge Gabriel A. Fuentes
A Michigan corporation, )
                          )
                *Defendant.* )

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 31, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' undersigned attorney or another one of Plaintiffs' attorneys will appear before the Honorable Manish S. Shah, Judge of the United States District Court, for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1919, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present *Plaintiffs' Motion for Prove Up of Damages.*

                                       Respectfully submitted,

                                       */s/ Cara Anthaney*
                                       Cara Anthaney (ARDC #6304583)
                                       Central States Funds Law Department
                                       8647 West Higgins Road, 8th Floor
                                       Chicago, Illinois 60631
                                       (847) 939-2367
                                       canthane@centralstatesfunds.org

March 23, 2026                          *ATTORNEY FOR PLAINTIFFS*

FV: 508679426 / 25410028/ 3/23/2026

## CERTIFICATE OF SERVICE

I, Cara Anthaney, one of the attorneys for the Plaintiffs, certify that on March 23, 2026, I caused the foregoing *Notice of and Plaintiffs' Motion for Summary Judgment* to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

/s/ Cara Anthaney
Cara Anthaney
*Attorney for Plaintiffs*

FV: 508679426 / 25410028/ 3/23/2026