## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Charles A. Whobrey, et al.

                          Plaintiff,

v.                                        Case No.: 1:25−cv−03529

                                           Honorable Manish S. Shah

Commodore Cartage Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Plaintiffs' counsel appeared in person and defendant's counsel appeared by telephone. With no objection from defendants' counsel, the plaintiffs' motion for prove−up of damages [30] is granted. Enter judgment. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.