## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 25-cv-3529 |
| v. | ) ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, A Michigan corporation, | ) ) ) ) | |
| *Defendant.* | ) | |

## JUDGMENT ORDER

This matter came before the Court on Plaintiffs' Motion for Prove-Up of Damages (Dkt. 30), following the Court's granting of Plaintiffs' Motion for Summary Judgment (Dkt. 29). The Court, being fully advised,

**HEREBY FINDS, ADJUDGES, AND ORDERS AS FOLLOWS:**

(A)    That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, as Trustee, have and recover judgment from and against Defendant, Commodore Cartage Company, in the total amount of $1,714,993.83. This amount consists of: (i) $1,260,423.93 in unpaid withdrawal liability; (ii) $196,407.61 in interest (through March 23, 2026); (iii) liquidated damages in the amount of $252,084.79; (iv) $5,572.50 in attorneys' fees; and (v) $505.00 in costs for prosecuting this lawsuit.

(B)    That Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, as Trustee, are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate

established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged, with said interest to be compounded annually.

   (C)   That Plaintiffs are awarded execution for collection of the judgment and costs granted.

Entered:

Dated: 3/31/2026_____

Hon. Manish S. Shah
United States District Judge