



**FILED**

5/26/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR

AW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, <br><br> *Plaintiffs-Judgment Creditors,* <br><br> v. <br><br> COMMODORE CARTAGE COMPANY, a Michigan corporation, <br><br> *Defendant-Judgment Debtor,* <br><br> and <br><br> FIFTH THIRD BANK, N.A. f/k/a Comerica Bank <br> 2 South LaSalle Street <br> Chicago, IL 60603 <br><br> *Garnishee-Defendant.* | Case No. 25-cv-03529 <br><br> Judge Manish S. Shah <br><br> Return Date: May 27, 2026 |

## INTERROGATORIES TO GARNISHEE

1. When you wee served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor, **Commodore Cartage Company.**, or in which the judgment debtor, **Commodore Cartage Company**, had an interest?

ANSWER: _____YES_____
(Yes or No)

2. If your answer is yes, describe the property:

_XXXXXX0014  COMMODORE CARTAGE COMPANY  AVAILABLE BALANCE: $1,613.13_

3. When you were served with the summons, were you otherwise indebted to the judgment debtor, **Commodore Cartage Company**, no matter when payable?

ANSWER: _____NO_____
(Yes or No)

4. If your answer is yes, state:

Description: _____N/A_____

Amount: $ _____N/A_____

Date Due: _____N/A_____

FV: 494604480 / 25110900 / 5/5/2026

## AFFIDAVIT

CYNTHIA HANSEN
_____ (print name) on oath states that the answers to the interrogatories are true and certifies that a copy of the completed interrogatories has been mailed, by first class mail, to judgment creditors, Central States, Southeast and Southwest Areas Pension Fund c/o Cara M. Anthaney at 8647 W. Higgins Road, 8th Floor, Chicago, Illinois 60631 and the judgment debtor, Commodore Cartage Company and at any other address(es) of the judgment debtor known to the garnishee.

BY: | CYNTHIA HANSEN-LEGAL PROCESSING ANALYST
FIFTH THIRD BANK AS SUCCESSOR TO COMERICA BANK
513-358-1279 FAX
DATE: 5/15/2026

FV: 494804480 / 25110000 / 5/5/2026

Fifth Third Bank
5050 Kingsley Drive
MD: 1MOC2Q
Cincinnati, Ohio 45263



UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
219 SOUTH DEARBORN STREET US COURTHOUSE     8
CHICAGO, IL 60604

LGLOPS/FTBW/20260515/10N1/463835C





# FIFTH THIRD

PRESORTED FIRST CLASS
US POSTAGE
PAID
CINCINNATI, OHIO
PERMIT NO. 5461

20260518

## This could be your last paper statement!

### Turn over and scan to switch.

RECEIVED

MAY 26 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5 CMHPNP1 60604