**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, Trustee, | ) ) ) ) | |
| *Plaintiffs-Judgment Creditors,* | ) ) | |
| -v- | ) ) | Case No.  25-cv-03529 |
| COMMODORE CARTAGE COMPANY, a Michigan corporation | ) ) ) | Honorable Manish S. Shah |
| *Defendant-Judgment Debtor,* | ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| and | ) ) | |
| FIFTH THIRD BANK, N.A. f/k/a Comerica Bank 2 South LaSalle Street Chicago, IL 60603 | ) ) ) ) | |
| *Garnishee-Defendant.* | ) ) | |

**CERTIFICATE OF MAILING
GARNISHMENT (NON-WAGE)**

I hereby certify that upon service of the garnishee of the garnishment summons, interrogatories and garnishment notice, I served upon the judgment debtor in this cause a copy of the garnishment summons and garnishment notice by first class mail to the judgment debtor at the following address:

Commodore Cartage Company
c/o John Quinn, Jr., President
2085 E. West Maple Road
Suite A106
Commerce, MI 48390

Commodore Cartage Company
c/o John Quinn, Jr., President
1973 Twin Sun Circle
Walled Lake, MI 48390

FV: 517235422 / 25410028 / 6/1/2026

*/s/ Cara Anthaney*
Cara Anthaney
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

June 1, 2026                    *ATTORNEY FOR PLAINTIFFS*

FV: 517235422 / 25410028 / 6/1/2026