**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, Trustee,<br><br>      *Plaintiffs-Judgment Creditors,*<br>   -v-<br><br>COMMODORE CARTAGE COMPANY, a Michigan corporation<br><br>      *Defendant-Judgment Debtor,*<br><br>   and<br><br>FIFTH THIRD BANK, N.A. F/K/A COMERICA BANK<br>2 South LaSalle Street<br>Chicago, IL 60603<br><br>      *Garnishee-Defendant.* | Case No.  25-cv-03529<br><br>Honorable Manish S. Shah<br><br>Magistrate Judge Gabriel A. Fuentes |

### MOTION FOR RELEASE OF GARNISHED FUNDS

NOW COME Plaintiffs-Judgment Creditors, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, as Trustee ("Plaintiffs"), through their attorneys, and move this Court for an Order directing Garnishee-Defendant Fifth Third Bank, N.A. f/k/a Comerica Bank ("Fifth Third") to release certain funds to Plaintiffs. In support thereof, Plaintiffs state:

1.     On March 31, 2026, this Court entered judgment in favor of Plaintiffs and against Defendant-Judgment Debtor Commodore Cartage Company in the total amount of $1,714,993.83, plus post-judgment interest. (Dkt. 33.)

1

FV: 522963201 / 25410028 / 6/24/2026

2.      To date, the full amount of the judgment, in addition to accrued post-judgment interest, remains due and owing to Plaintiffs.

3.      On May 6, 2026, the Clerk of this Court issued a non-wage garnishment summons to Fifth Third, Garnishee-Defendant. The garnishment summons directed Fifth Third to answer interrogatories regarding whether it had possession or control of any property belonging to Commodore Cartage Company.

4.      On May 8, 2026, Fifth Third was served with the garnishment summons, affidavit, and interrogatories.

5.      On or about May 26, 2026, Fifth Third filed its answers to interrogatories, in which it stated that, at the time it was served with the garnishment summons, it held an account belonging to Commodore Cartage Company with an available balance of $1,613.13. (Dkt. 36.)

6.      Accordingly, Plaintiffs respectfully request that this Court order Fifth Third to release $1,613.13 to Plaintiffs. A proposed order directing Fifth Third to release this amount to Plaintiffs is attached hereto as Exhibit A. Plaintiffs will also email a copy of the proposed order to the Court's proposed orders email address.

**[Continued on next page.]**

FV: 522963201 / 25410028 / 6/24/2026

WHEREFORE, Plaintiffs respectfully request this Court enter an Order directing Garnishee-Defendant Fifth Third Bank, N.A. f/k/a Comerica Bank to release $1,613.13 to Plaintiffs by mailing a check payable to "Central States, Southeast and Southwest Areas Pension Fund" to the following address:

Central States Funds Law Department
Attention: Cara Anthaney
8647 West Higgins Road, 8th Floor
Chicago, Illinois 60631

Respectfully submitted,
*/s/ Cara M. Anthaney*
(ARDC #6304583)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2367
canthane@centralstatesfunds.org

June 24, 2026 *ATTORNEY FOR PLAINTIFFS*

3

FV: 522963201 / 25410028 / 6/24/2026

## CERTIFICATE OF SERVICE

I, Cara Anthaney, one of the attorneys for Plaintiffs, certify that on June 24, 2026, I electronically filed the foregoing Motion for Release of Funds with the Clerk of the Court using the Court's electronic filing system. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, I served the foregoing Motion for Release of Funds by U.S. Mail upon:

Fifth Third Bank, N.A. f/k/a Comerica Bank
2 South LaSalle Street
Chicago, Illinois 60603

Commodore Cartage Company
c/o John Quinn, Jr., President
1973 Twin Sun Circle
Walled Lake, MI 48390

_/s/ Cara M. Anthaney_____
(ARDC #6304583)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2367
canthane@centralstatesfunds.org

June 24, 2026                    *ATTORNEY FOR PLAINTIFFS*

4

FV: 522963201 / 25410028 / 6/24/2026