# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) | |
| *Plaintiffs,* | ) | Case No. 25-cv-3529 |
| v. | ) ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, A Michigan corporation, | ) ) ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant.* | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 8, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' undersigned attorney or another one of Plaintiffs' attorneys will appear before the Honorable Manish S. Shah, Judge of the United States District Court, for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1919, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present *MOTION FOR RELEASE OF GARNISHED FUNDS.*

Respectfully submitted,

*/s/ Cara Anthaney*
Cara Anthaney (ARDC #6304583)
Central States Funds Law Department
8647 West Higgins Road, 8th Floor
Chicago, Illinois 60631
(847) 939-2367
canthane@centralstatesfunds.org

June 24, 2026                    *ATTORNEY FOR PLAINTIFFS*

FV: 522963184 / 25410028/ 6/24/2026

**CERTIFICATE OF SERVICE**

I, Cara Anthaney, one of the attorneys for the Plaintiffs, certify that on June 24, 2026, I caused the foregoing *Notice of and Motion for Release of Garnished Funds* to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.  For all other parties, I served the foregoing Motion for Release of Funds by U.S. Mail upon:

Fifth Third Bank, N.A. f/k/a Comerica Bank
2 South LaSalle Street
Chicago, Illinois 60603

Commodore Cartage Company
c/o John Quinn, Jr., President
1973 Twin Sun Circle
Walled Lake, MI 48390

*/s/ Cara Anthaney*
Cara Anthaney
*Attorney for Plaintiffs*

FV:  522963184 / 25410028/ 6/24/2026