**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, Trustee, | ) ) ) ) | |
| *Plaintiffs-Judgment Creditors,* | ) ) | |
| -v- | ) ) | Case No.  25-cv-03529 |
| COMMODORE CARTAGE COMPANY, a Michigan corporation | ) ) ) ) | Honorable Manish S. Shah Magistrate Judge Gabriel A. Fuentes |
| *Defendant-Judgment Debtor,* | ) ) | |
| and | ) ) | |
| FIFTH THIRD BANK, N.A. F/K/A COMERICA BANK 2 South LaSalle Street Chicago, IL 60603 | ) ) ) ) ) ) | |
| *Garnishee-Defendant.* | | |

**ORDER FOR RELEASE OF FUNDS**

IT IS HEREBY ORDERED that Plaintiffs' Motion for Release of Garnished Funds is GRANTED. Fifth Third Bank, N.A. f/k/a Comerica Bank is directed to release $1,613.13 to Plaintiffs by mailing a check in said amount payable to "Central States, Southeast and Southwest Areas Pension Fund" to the following address within fourteen (14) days of the entry of this Order:

Central States Funds Law Department
Attention: Cara Anthaney
8647 West Higgins Road, 8th Floor
Chicago, Illinois 60631

Entered:

Dated: June 25, 2026

_____
Hon. Manish S. Shah
United States District Judge

1