**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, Trustee, | ) | |
| *Plaintiffs-Judgment Creditors,* | ) | |
| -v- | ) | Case No. 25-cv-03529 |
| COMMODORE CARTAGE COMPANY, a Michigan corporation | ) | Honorable Manish S. Shah |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant-Judgment Debtor,* | ) | |

**MOTION FOR RULE TO SHOW CAUSE WHY
COMMODORE CARTAGECOMPANY AND ITS PRESIDENT,
JOHN QUINN, SHOULD NOT BE HELD IN CONTEMPT**

Plaintiffs-Judgment Creditors, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, trustee, pursuant to Rule 69 of the Federal Rules of Civil Procedure, respectfully request that this Court grant Plaintiffs' Motion For Rule To Show Cause Why Commodore Cartage Company and its president, John Quinn, Should Not Be Held In Contempt. In support of their Motion, Plaintiffs state as follows:

1. On March 31, 2026, this Court entered a Judgment Order (Dkt. No. 33) in the total amount of $1,714,993.83 (the "Judgment") in favor of Plaintiffs and against Defendant Commodore Cartage Company ("Commodore"). (A true and correct copy of the judgment order is attached hereto as Exhibit 1.)

2. To date, the full amount of the Judgment remains due and owing.

3. On May 6, 2026, the Clerk of the Court for the United States District Court for the Northern District of Illinois issued a Citation in Supplemental Proceedings to Discover Assets directed to Commodore (the "Citation"). The Citation was directed to John Quinn, as president of

Commodore, and on June 9, 2026, the Citation was served on Commodore via email to its attorney, Todd A. Miller, at Allocco, Miller & Cahill, P.C., who represented that he was authorized to accept service of the Citation (A copy of the Citation and emails evidencing proof of delivery are attached hereto as Exhibits 2 and 3.)

4. The Citation ordered Commodore to produce certain documents by July 15, 2026, and for John Quinn, president of Commodore, to appear at the Plaintiffs' offices on September 30, 2026 for a Citation deposition.

5. Commodore failed to produce any documents or otherwise respond to the Citation by July 15, 2026.

6. On July 20, 2026, Plaintiffs' undersigned counsel emailed Commodore's counsel, Todd A. Miller, advising him that Commodore had not complied with the Citation and requesting prompt production of the outstanding documents. (Exhibit 4.)

7. Having received no production or substantive response, Plaintiffs' counsel followed up again via email on August 11, 2026, and requested that Commodore comply with the Citation by August 25, 2026. Plaintiffs advised that, absent production or a response by that date, Plaintiffs would seek appropriate relief from the Court to compel compliance. (Exhibit 5.)

8. To date, despite these repeated requests and the additional time afforded to Commodore, Commodore has neither produced the documents required by the Citation nor otherwise responded regarding its compliance.

9. Pursuant to Rule 69 of the Federal Rules of Civil Procedure and 735 ILCS 5/2-1402(a), Plaintiffs are entitled to the requested documents and to conduct the Citation deposition.

10. Attached to this Motion as Exhibit 6 is a proposed order requiring Commodore and John Quinn, president of Commodore, to appear and show cause why he should not be held in contempt for Commodore's failure to comply with the Citation.

**WHEREFORE**, Plaintiffs respectfully request that this Motion be granted, and that Commodore and John Quinn be ordered to appear in this Court on a date certain to show cause why he should not be held in contempt of court and for such other relief deemed just and proper.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Cara Anthaney*

Cara Anthaney
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Cara Anthaney, one of the attorneys for Plaintiffs, certify that on September 2, 2026, I caused the foregoing Plaintiffs' *Motion for Rule to Show Cause Why Commodore Cartage Company and Its President, John Quinn, Should Not Be Held in Contempt* to be filed electronically. This filing was served upon all parties indicated on the electronic filing receipt via the Court's electronic filing system and served via UPS Overnight Delivery to:

Commodore Cartage Company
c/o John Quinn, President
1973 Twin Sun Circle
Walled Lake, MI 48390

/s/ *Cara Anthaney*
Cara Anthaney
*Attorney for Plaintiffs*