# EXHIBIT 4

| | |
|---|---|
| **From:** | CARA ANTHANEY (Leg) |
| **To:** | "Todd A. Miller" |
| **Cc:** | BRAD BERLINER (Leg) |
| **Subject:** | RE: Central States v. Commodore Cartage Co., No. 1:25-cv-03529 |
| **Date:** | Monday, July 20, 2026 9:43:00 AM |
| **Attachments:** | image001.png<br>image002.png |

Todd,

I am following up regarding the documents requested in the Citation to Discover Assets, as well as the documents supporting Commodore Cartage Company's settlement proposal. The Citation documents were due on July 15, 2026, but Commodore Cartage has not produced them and therefore has not complied with the Citation. Nor have we received any documentation concerning the company's financial condition, assets, liabilities, income, or ability to satisfy the judgment in support of its settlement proposal.

Please advise when we can expect to receive both documents above. If they are not produced promptly, Plaintiffs may need to seek the Court's intervention.

Thank you,
Cara

**From:** Todd A. Miller <tam@alloccomiller.com>
**Sent:** Tuesday, June 9, 2026 11:13 AM
**To:** CARA ANTHANEY (Leg) <canthane@centralstatesfunds.org>
**Cc:** BRAD BERLINER (Leg) <BBERLINE@centralstatesfunds.org>
**Subject:** RE: Central States v. Commodore Cartage Co., No. 1:25-cv-03529

HIGH ALERT: EXTERNAL EMAIL. CLICKING LINKS OR ATTACHMENTS MAY RESULT IN PHISHING ATTACKS

Good morning Cara,

I accept service on behalf of the corporation.  I was out of the office most of last week and I will follow up with Mr. Quinn today.

Thanks,

Todd

**Todd A. Miller**
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517*

Chicago, IL 60606
312-675-4325
Fax: 312-675-4326
Email: tam@alloccomiller.com
Website: alloccomiller.com

***Please note our new address above effective February 10, 2015**

CONFIDENTIALITY NOTICE DISCLOSURE
The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** CARA ANTHANEY (Leg) <canthane@centralstatesfunds.org>
**Sent:** Tuesday, June 9, 2026 11:09 AM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** BRAD BERLINER (Leg) <BBERLINE@centralstatesfunds.org>
**Subject:** RE: Central States v. Commodore Cartage Co., No. 1:25-cv-03529

Todd,

I am following up on my June 1, 2026 email below. Please confirm that you received the Citation to Discover Assets and accept service on behalf of Commodore Cartage Company.

In addition, please advise on the status of the documents supporting Commodore Cartage's settlement proposal. To date, we have not received any documentation regarding the company's financial condition, assets, liabilities, income, or ability to satisfy the judgment.

Absent a response, Plaintiffs intend to proceed with their post-judgment collection efforts, including seeking turnover of the funds currently being held by Fifth Third Bank pursuant to the garnishment.

Please let me know by the end of this week whether you will be providing the requested documents and, if so, when we can expect them.

Thank you,
Cara

**From:** CARA ANTHANEY (Leg)
**Sent:** Monday, June 1, 2026 10:47 AM
**To:** 'Todd A. Miller' <tam@alloccomiller.com>
**Cc:** BRAD BERLINER (Leg) <BBERLINE@centralstatesfunds.org>
**Subject:** RE: Central States v. Commodore Cartage Co., No. 1:25-cv-03529

Todd,

Attached please find another copy of the Citation to Discover Assets. Please confirm receipt and acceptance of service on behalf of Commodore Cartage Company.

As part of our post-judgment collection efforts, we also received the attached response to a bank garnishment served on Fifth-Third Bank f/ka/ Comerica. The garnishee is currently holding $1,613.13 belonging to Commodore Cartage. Plaintiffs intend to move for turnover of those funds.

Please let me know if you have any questions and please advise when you plan to tender the documents supporting Commodore Cartage's settlement proposal.

Thank you,
Cara

**From:** Todd A. Miller <tam@alloccomiller.com>
**Sent:** Thursday, May 28, 2026 5:17 PM
**To:** CARA ANTHANEY (Leg) <canthane@centralstatesfunds.org>
**Cc:** BRAD BERLINER (Leg) <BBERLINE@centralstatesfunds.org>
**Subject:** RE: Central States v. Commodore Cartage Co., No. 1:25-cv-03529

HIGH ALERT: EXTERNAL EMAIL. CLICKING LINKS OR ATTACHMENTS MAY RESULT IN PHISHING ATTACKS

Good afternoon Cara,

Today, I spoke with John Quinn from Commodore Cartage and he authorized me to accept service of the Citation to Discover Assets on behalf of the company.

Please send it to me and he and I will review together and send you the documents you requested to support its settlement offer.

If you have any questions, please let me know.

Thanks,

Todd

**Todd A. Miller**
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517*
Chicago, IL 60606
312-675-4325
Fax: 312-675-4326
Email: tam@alloccomiller.com
Website: alloccomiller.com

***Please note our new address above effective February 10, 2015**

CONFIDENTIALITY NOTICE DISCLOSURE
The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** CARA ANTHANEY (Leg) <canthane@centralstatesfunds.org>
**Sent:** Friday, May 22, 2026 12:55 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** BRAD BERLINER (Leg) <BBERLINE@centralstatesfunds.org>
**Subject:** RE: Central States v. Commodore Cartage Co., No. 1:25-cv-03529

Todd,

I wanted to follow up regarding our prior correspondence. It has also been a couple of weeks since we requested information concerning whether Commodore Cartage is asserting an inability to satisfy the judgment balance in full, and we have not yet received a response.

In the meantime, attached please find a Citation to Discover Assets to Commodore Cartage Co. We intend to proceed with post-judgment discovery, but if your client is willing to accept service of the Citation, we can avoid formal service. The deposition and production dates can be amended by agreement depending on the parties' discussions and any anticipated document production.

Please let me know if you will accept service on behalf of Commodore Cartage.

Thank you,
Cara

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]
[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]