**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, Trustee, | ) | |
| *Plaintiffs-Judgment Creditors,* | ) | |
| -v- | ) | Case No. 25-cv-03529 |
| COMMODORE CARTAGE COMPANY, a Michigan corporation | ) | Honorable Manish S. Shah |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant-Judgment Debtor,* | ) | |

**<u>STATUS REPORT</u>**

Plaintiffs-Judgment Creditors, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee (collectively, "Plaintiffs"), pursuant to the Court's September 8, 2026 Minute Order (Dkt. No. 43), submit this Status Report concerning Defendant-Judgment Debtor Commodore Cartage Company's ("Commodore") compliance with the Citation in Supplemental Proceedings to Discover Assets, and state as follows:

1. On March 31, 2026, the Court entered a judgment in favor of Plaintiffs and against Commodore in the total amount of $1,714,993.83. (Dkt. No. 33.)

2. On May 6, 2026, the Clerk of Court issued a Citation in Supplemental Proceedings to Discover Assets directed to Commodore (the "Citation"). The Citation was directed to Commodore's president, John Quinn, and required Commodore to produce documents concerning its assets and financial condition by July 15, 2026. Commodore, through its counsel, accepted service of the Citation on June 9, 2026.

3. Commodore did not produce the requested documents by the July 15, 2026 deadline. Plaintiffs thereafter made multiple requests for Commodore to comply with the Citation, but no documents were produced.

4. Accordingly, on September 2, 2026, Plaintiffs filed their motion for rule to show cause why Commodore Cartage Company and its president, John Quinn, should not be held in contempt. (Dkt. No. 41.)

5. On September 8, 2026, the Court entered and continued Plaintiffs' motion for rule to show cause and directed Plaintiffs to file a status report by September 30, 2026. (Dkt. No. 43.)

6. On September 22, 2026, Todd Miller, counsel for Commodore, advised Plaintiffs that he had received documents from Commodore and was sending them to Plaintiffs. Mr. Miller identified the production as including Commodore's corporate tax returns for tax years 2011 through 2017, together with certain related tax forms and schedules.

7. Plaintiffs received the production documents on September 28, 2026. Upon review, Plaintiffs determined that the production does not include most of the categories of documents required by the Citation and that substantial responsive documents remain outstanding. Plaintiffs promptly contacted Commodore's counsel, Mr. Miller, regarding the deficiencies and requested confirmation as to when the remaining responsive documents would be produced. As of the filing of this Status Report, Mr. Miller has not responded.

8. Because Commodore has not completed its production or provided a response regarding the outstanding documents, despite multiple requests, Plaintiffs respectfully request that the Court proceed with the hearing on Plaintiffs' motion for rule to show cause (Dkt. No. 41).

Dated: September 30, 2026

Respectfully submitted,

*<u>/s/ Cara Anthaney</u>*
Cara Anthaney
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org
*Attorney for Plaintiffs*