**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) | |
| *Plaintiffs,* | ) | Case No. 25-cv-3529 |
| v. | ) | Judge Manish S. Shah |
| COMMODORE CARTAGE COMPANY, A Michigan corporation, | ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant*. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on October 8, 2026, at 9:45 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' undersigned attorney or another one of Plaintiffs' attorneys will appear before the Honorable Manish S. Shah, Judge of the United States District Court, for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1919, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present *Motion for Rule to Show Cause Why Commodore Cartage Company and Its President, John Quinn, Should Not Be Held in Contempt.*

Respectfully submitted,

*/s/ Cara Anthaney*

Cara Anthaney (ARDC #6304583)
Central States Funds Law Department
8647 West Higgins Road, 8th Floor
Chicago, Illinois 60631
(847) 939-2367
canthane@centralstatesfunds.org

October 2, 2026

*ATTORNEY FOR PLAINTIFFS*

FV: 540773270 / 25410028/ 10/2/2026

## CERTIFICATE OF SERVICE

I, Cara Anthaney, one of the attorneys for the Plaintiffs, certify that on October 2, 2026, I caused the foregoing *Notice of Plaintiffs' Motion for Rule to Show Cause Why Commodore Cartage Company and Its President, John Quinn, Should Not Be Held in Contempt* to be filed electronically. This filing was served upon all parties indicated on the electronic filing receipt via the Court's electronic filing system and served via UPS Overnight Delivery to:

Commodore Cartage Company
c/o John Quinn, President
1973 Twin Sun Circle
Walled Lake, MI 48390

*/s/ Cara Anthaney*
Cara Anthaney
*Attorney for Plaintiffs*