**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles A. Whobrey, et al.

Plaintiff,

v.

Case No.: 1:25−cv−03529
Honorable Manish S. Shah

Commodore Cartage Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion for rule to show cause [41] is granted. A rule to show cause is entered as to Commodore Cartage Company, and a representative is ordered to appear before this court on 11/3/26 at 9:45 a.m. to show cause why Commodore Cartage Company should not be held in contempt for failure to comply with the citation. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.