**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, Trustee, | ) | |
| *Plaintiffs-Judgment Creditors,* | ) | |
| -v- | ) | Case No. 25-cv-03529 |
| COMMODORE CARTAGE COMPANY, a Michigan corporation | ) | Honorable Manish S. Shah |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| *Defendant-Judgment Debtor,* | ) | |

**ORDER**

This cause coming to be heard this 8th day of October 2026, on Plaintiffs-Judgment Creditors' *Motion for Rule to Show Cause Why Commodore Cartage Company and Its President, John Quinn, Should Not Be Held in Contempt* of this Court, the Court being fully advised in the premises, **HEREBY FINDS AS FOLLOWS:**

**WHEREAS**, on March 31, 2026, the Court entered a judgment against Defendant-Judgment Debtor Commodore Cartage Company and in favor of Plaintiffs-Judgment Creditors in the amount of $1,714,993.83, and said judgment remains unsatisfied;

**WHEREAS**, on May 6, 2026, the Clerk of Court issued a Citation in Supplemental Proceedings to Discover Assets directed to Commodore Cartage Company (the "Citation"), through its president, John Quinn;

**WHEREAS,** the Citation required Commodore Cartage Company to produce certain documents by July 15, 2026, and required John Quinn, as president of Commodore Cartage Company, to appear for a Citation deposition on September 30, 2026;

**WHEREAS**, on June 9, 2026, the Citation was served on Commodore Cartage Company through its attorney, Todd A. Miller at Allocco, Miller & Cahill, P.C., who represented that he was authorized to accept service of the Citation; and

**WHEREAS**, despite repeated requests and additional time afforded by Plaintiffs-Judgment Creditors, Commodore Cartage Company has failed to produce the documents required by the Citation or otherwise respond regarding its compliance.

**NOW, THEREFORE**, this Court grants the Plaintiffs-Judgment Creditors' *Motion for Rule to Show Cause Why Commodore Cartage Company and Its President, John Quinn, Should Not Be Held in Contempt*, and hereby orders John Quinn, President of Commodore Cartage Company, to appear before this Court on **November 3, 2026 at 9:45 a.m.** in Courtroom 1919 located at 219 South Dearborn Street in Chicago, Illinois **[Court to add virtual appearance alternative if available]** to show cause why he should not be held in contempt of this Court for failing to comply with the Citation.

**NOTICE TO DEFENDANT-JUDGMENT DEBTOR: FAILURE TO APPEAR BEFORE THE COURT AT THE TIME AND PLACE SET FORTH, MAY RESULT IN A FINDING OF CONTEMPT OF COURT AND AN ORDER FOR YOUR ARREST.**

Entered:

Dated: October 8, 2026

Judge Manish S. Shah
United States District Judge