**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles A. Whobrey, et al.
Plaintiff,
v.
Case No.: 1:25−cv−03529
Honorable Manish S. Shah
Commodore Cartage Company
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Manish S. Shah: Show cause hearing held. Defendant's counsel appears. The parties report defendant is producing documents to plaintiffs responsive to the citation. The rule to show cause is discharged. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.